UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| Kim Loftin, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:07-cv-564 |
| VS. | ) |
| | ) |
| United Parcel Service, Inc. | ) |
| | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

On March 4, 2009, the parties filed a Joint Stipulation of Dismissal with Prejudice under Fed.R.Civ.P. 41(a) (doc. #70). The Court **ACCEPTS** the stipulation and **ORDERS** the Clerk of Court to enter judgment dismissing this case with prejudice.

**IT IS SO ORDERED**.

Dated this 5th day of March, 2009.

_____
RODNEY S. WEBB, District Judge
United States District Court