IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KIM LOFTIN                                                                                  PLAINTIFF

V.                                     No. 4:07CV00564 RSW

UNITED PARCEL SERVICE, INC.                               DEFENDANT

## JUDGMENT

In accordance with the Stipulation of Dismissal (doc. 70) filed by the Plaintiff and the Order of Dismissal (doc. 71) entered by the Court the 5th day of March, 2009,

Judgment is entered and this case is dismissed with prejudice.

JAMES W. MCCORMACK, CLERK

By: /s/ Mary Ann Rawls
     Mary Ann Rawls, Deputy Clerk

Date: March 5, 2009